**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **CHERRELLE ROBERTS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 25-12086-DJC** |
| | ) | |
| **WHITTIER HEALTH PHARMACY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

**CASPER, C.J.**                                                                                    **April 27, 2026**

Cherrelle Roberts ("Roberts") initiated this action by filing a *pro se* complaint accompanied by a motion for leave to proceed *in forma pauperis*.  D. 1-2.  By Memorandum and Order dated February 10, 2026, Roberts was granted leave to proceed *in forma pauperis* and was advised that the complaint fails to comply with the basic pleading requirements of the Federal Rules of Civil Procedure and is subject to dismissal.  D. 10.  The Memorandum and Order stated that if she wished to proceed with this action, she must file, by March 10, 2026, an amended complaint or the Court would likely dismiss this action.  Id.

To date, Roberts has not filed an amended complaint and the time to do so expired. Accordingly, and in accordance with the Court's Memorandum and Order, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

/s Denise J. Casper
Denise J. Casper
Chief United States District Judge